UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60715-CIV-ALTMAN

**GUY A. PLOUFFE**,

    Plaintiff,

v.

**LENDINGCLUB CORPORATION,**

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Stipulation for Arbitration [ECF No. 10], filed on May 20, 2019. In their Stipulation, the parties (1) informed the Court that they will be proceeding to arbitration and (2) asked the Court to stay this case until the arbitration is complete.

Accordingly, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. The case is **STAYED** pending the resolution of arbitration.

2. The Clerk of Court is directed to **CLOSE** this case for administrative purposes.

3. Either party may move to reopen the case at the appropriate time.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of May, 2019.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record