UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60715-CIV-ALTMAN

**GUY A. PLOUFFE**,

    Plaintiff,

v.

**LENDINGCLUB CORPORATION,**

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the parties' Stipulation of Dismissal with Prejudice [ECF No. 14], filed on September 27, 2019. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED with prejudice.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of October 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record